UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 13-61236-CIV-Zloch/Snow

MARIN ASENOV,

    *Plaintiff*,

vs.

SILVERSEA CRUISES LTD.,

    *Defendant.*

_____/

## **DEFENDANT, SILVERSEA CRUISES LTD.'S CORPORATE DISCLOSURE STATEMENT**

Defendant, SILVERSEA CRUISES LTD., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Corporate Disclosure Statement as follows:

Silversea Cruises Ltd. (Inc.), a Bahamian company, is a wholly-owned subsidiary of Silversea Cruise Holding Ltd., also a Bahamian company. There are no publicly held corporations that hold ten percent or more of Silversea Cruises Ltd. (Inc.)'s or Silversea Cruise Holding Ltd.'s stock.

    Dated: July 19, 2013
           Miami, Florida

CASE NO. 13-61236-Zloch/Snow

Respectfully submitted,

**FOREMAN FRIEDMAN, PA**

BY: /s/*Noah D. Silverman, Esq.*
   Jeffrey E. Foreman, Esq.
   Florida Bar No. 0240310
   jforeman@fflegal.com
   Noah D. Silverman, Esq.
   Florida Bar No. 0401277
   nsilverman@fflegal.com
   Tori L. Anderson, Esq.
   Florida Bar No. 90863
   tanderson@fflegal.com
   One Biscayne Tower, Suite 2300
   2 South Biscayne Boulevard
   Miami, FL  33131
   Phone: 305-358-6555
   Fax: 305-374-9077
   *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY: /s/*Noah D. Silverman, Esq.*
   Noah D. Silverman, Esq.

CASE NO. 13-61236-Zloch/Snow

**SERVICE LIST**
**CASE NO.  13-61236-CIV-Judge: William J. Zloch/Magistrate Judge: Lurana S. Snow**

Paul M. Hoffman, Esq.
pmh@paulhoffmanlaw.com
Hoffman Law Firm
2888 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
Phone: 954-563-8111
Fax: 954-563-8171
*Attorney for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
Noah D. Silverman, Esq.
nsilverman@fflegal.com
Tori L. Anderson, Esq.
tanderson@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone:  305-358-6555
Fax:  305-374-9077
*Attorneys for Defendant*